ATTORNEY GRIEVANCE COMMISSION     \*     IN THE
OF MARYLAND

                                                       \*     COURT OF APPEALS

v.                                                        \*     OF MARYLAND

                                                       \*     Misc. Docket AG No. 92

NANCY THERESA LORD                      \*     September Term, 2019

## ORDER

Upon consideration of the Petition for Disciplinary or Remedial Action filed by the Petitioner, and the attachment thereto of a copy of an Order entered December 20, 2017, whereby the Supreme Court of the State of Nevada suspended Nancy Theresa Lord from the practice of law in Nevada for six months and one day, effective the date of the order, for violating the Nevada Rules of Professional Conduct, and it appearing that Nancy Theresa Lord, Respondent, is a member of this bar, it is this 22nd day of May, 2020,

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Nancy Theresa Lord, be, and hereby is, temporarily suspended from the practice of law in the State of Maryland, effective immediately, pursuant to Maryland Rule 19-737(d), pending further Order of this Court; and it is further

**ORDERED**, that the Clerk of this Court shall remove the name of Nancy Theresa Lord from the register of attorney in this Court and certify that fact to the Trustees of the

Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this

State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document
is authentic.



Suzanne C. Johnson, Clerk

<u>/s/ Mary Ellen Barbera</u>
Chief Judge